38982.   FOWLER v. SOUTHERN WIRE & IRON, INC., *et al.*

PER CURIAM.   The judgment of this Court in *Fowler v. Southern Wire & Iron, Inc.*, 104 Ga. App. 401 (122 SE2d 157) having been reversed by the Supreme Court of Georgia in *Southern Wire & Iron, Inc. v. Fowler*, 217 Ga. 727 (124 SE2d 738), the judgment of this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*The judgment of the trial court is affirmed.   Felton, C. J., Bell, and Hall, JJ., concur.*

DECIDED APRIL 6, 1962.

*Poole, Pearce & Hall, Edwin Pearce, John S. Patton, Martin H. Rubin,* for plaintiff in error.

*Smith, Field, Ringel, Martin & Carr, Palmer H. Ansley, John L. Westmoreland, Jr.,* contra.